Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Tenneco Defendants
750 Lexington Avenue, 8th floor
New York, NY  10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICHARD WILLINS,

        Plaintiff,                                         No. 10 Civ. 7899 (RPP)

       versus

AFFINIA GROUP, et al.,                             RULE 7.1 STATEMENT

        Defendants.

------------------------------------------------------------x

        Pursuant to Fed. R. Civ. P. 7.1, defendants Tenneco Automotive Operating Company, Inc. s/h/a Tenneco, Inc. and Tenneco, Inc., purportedly the successor to Tenneco Oil, disclose that Tenneco Inc. is publicly traded, that no publicly traded corporation owns ten percent or more of its stock, and that Tenneco Automotive Operating Company is a wholly-owned subsidiary of Tenneco, Inc.

Dated:  New York, NY
          October 29, 2010

                                                            */s/ Ira G. Greenberg*
                                                      Ira G. Greenberg
                                                      EDWARDS ANGELL PALMER & DODGE LLP
                                                        Attorneys for Tenneco Defendants
                                                        750 Lexington Avenue, 8th floor
                                                        New York, NY  10022
                                                        (212) 308-4411

NYC 362358.1