Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Tenneco Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

RICHARD WILLINS,

        Plaintiff,

        versus

AFFINIA GROUP, et al.,

        Defendants.

-----------------------------------------------------------------x

No. 10 Civ. 7899 (RPP)

ANSWER OF TENNECO
DEFENDANTS TO HARRIS
CORP.'S CROSS-CLAIM

        Defendants Tenneco Automotive Operating Company, Inc. s/h/a Tenneco, Inc. and Tenneco, Inc., purportedly the successor to Tenneco Oil, answer the cross-claim of defendant Harris Corporation by denying its allegations as to them.

Dated: New York, NY
       November 2, 2010

                                 /s/ Ira G. Greenberg
                                 Ira G. Greenberg
                                 EDWARDS ANGELL PALMER & DODGE, LLP
                                 Attorneys for Tenneco Defendants
                                 750 Lexington Avenue, 8th floor
                                 New York, NY 10022
                                 (212) 308-4411

TO: All parties

NYC 362802.1